defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (7) for failure to state a cause of action. Plaintiff has asserted a valid negligence cause of action premised upon the alleged failure of the Camillus Town Court Clerk to retire an outstanding warrant against plaintiff after the underlying charge had been resolved (*see, Glowinski v Braun*, 105 AD2d 1153, *appeal dismissed* 65 NY2d 637). "A public officer may be subject to liability for a wrongful act if that act is deemed ministerial rather than discretionary or quasijudicial in nature" and the Town Court Clerk's failure to retire a warrant "must be considered ministerial" (*Glowinski v Braun, supra*, at 1153). (Appeal from Order of Supreme Court, Onondaga County, Roy, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■ WAYNE C. SCHIFELBINE, Respondent, v FOSTER WHEELER CORPORATION et al., Appellants and Third-Party Plaintiffs-Respondents-Appellants. K.C. SWANN & SON ROOFING COMPANY, INC., Third-Party Defendant-Appellant-Respondent. [732 NYS2d 606] —Order unanimously affirmed without costs for reasons stated in revised decision at Supreme Court, Euken, J. (Appeals from Order of Supreme Court, Allegany County, Euken, J.—Summary Judgment.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■ MICHAEL L. GOODMAN, Appellant, v ROCHESTER DAVIS-FETCH CORPORATION, Respondent. (Appeal No. 1.) [732 NYS2d 925] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Henry, Jr., J. (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■ MICHAEL L. GOODMAN, Appellant, v ROCHESTER DAVIS-FETCH CORPORATION, Respondent. (Appeal No. 2.) [732 NYS2d 925] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed without costs. Memorandum: No appeal lies from an order denying reargument and thus plaintiff's appeal is dismissed to that extent (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). We otherwise affirm for reasons stated in the amended decision at Supreme Court (Henry, Jr., J.). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Reargument.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■ In the Matter of RALPH SENESE, Appellant, v VILLAGE OF PENN YAN et al., Respondents. [732 NYS2d 607] —Judgment